DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY SETO** and **API & ASSOCIATES, LLC,**
Appellants/Cross-Appellees,

v.

**HEALTH INSURANCE ALLIANCE, LLC,**
Appellee/Cross-Appellant.

No. 4D2024-3209

[August 13, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 062022CA012028AXXXCE.

Michael Garcia of Michael Garcia, P.A., Fort Lauderdale, for appellant/cross-appellee Anthony Seto.

Tyler A. Mamone, Rachel E. Walker, and Yetian Wang of Mamone Villalon, Miami, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***